People v Mcgrady (2025 NY Slip Op 05425)

People v McGrady

2025 NY Slip Op 05425

Decided on October 3, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 3, 2025

PRESENT: BANNISTER, J.P., MONTOUR, SMITH, OGDEN, AND GREENWOOD, JJ. (Filed Oct. 3, 2025.)

MOTION NO. (1325/07) KA 05-01444.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

v

BRANDON M. MCGRADY, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER

Motion to renew appeal denied.